

ELIZABETH A. SPERLING - State Bar No. 231474
esperling@glaserweil.com
ALINA GATTO - State Bar No. 341169
agatto@glaserweil.com
**GLASER WEIL FINK HOWARD**
  **JORDAN & SHAPIRO LLP**
600 W. Broadway, Suite 2850
San Diego, CA 92101
Telephone:  (619) 765-4380
Facsimile:   (619) 732-3498

Attorneys for Plaintiff
JOHN DOE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>                    Plaintiff,<br><br>v.<br><br>VAIDYAJI PRIYANKA, AKA PRIYA RAVI, AKA PRIYA GANESH RAVI, AKA PRIYANKA VAIDYA, an individual; AUM AYURVEDA, d/b/a AUM CUISINE, d/b/a AUMCUISINE, d/b/a AUM VEDIC WELLNESS, a business of unknown type or origin; AUM SACRED ART, LLC, a California limited liability company, and DOES 1-50, inclusive,<br><br>                    Defendants. | CASE NO.: 5:25-cv-6465<br><br>**PLAINTIFF'S DISCLOSURE STATEMENT FED. R. CIV. P. 7.1(a)(2)** |

This Disclosure Statement is filed on behalf of Plaintiff John Doe ("Plaintiff") in compliance with the provisions of Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, which provides that in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement must name, and identify the citizenship of, every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

Pursuant to Fed. R. Civ. P. 7.1(a)(2), the filing party, or intervenor, hereby declares the following names and citizenships of every individual or entity whose citizenship is attributed to that party or intervenor:

| PARTY NAME | PARTY | CITIZENSHIP |
| --- | --- | --- |
| John Doe | Plaintiff | Harris County, Texas |
| Vaidyaji Priyanka, a/k/a Priya Ravi, a/k/a Priya Ganesh Ravi, a/k/a Priyanka Vaidya | Defendant | Santa Clara County, California |
| AUM AYURVEDA, d/b/a AUM CUISINE, d/b/a AUMCUISINE, d/b/a AUM VEDIC WELLNESS | Defendant | Santa Clara County, California |
| AUM SACRED ART, LLC | Defendant | Monterey County, California |

A supplemental disclosure statement will be filed upon any change in the information provided herein.

DATED: July 31, 2025

Respectfully submitted,

GLASER WEIL FINK HOWARD
   JORDAN & SHAPIRO LLP

By: */s/ Alina Gatto*
Elizabeth A. Sperling
Alina Gatto
Attorneys for Plaintiff