Jon Michaelson, Esq. (SBN: 83815)
jmichaelson@structurelaw.com
Ethan Solove, Esq. (SBN: 308026)
esolove@structurelaw.com
Sonya Tamiry, Esq. (SBN: 312673)
stamiry@structurelaw.com
STRUCTURE LAW GROUP, LLP
1754 Technology Drive, Suite 135
San Jose, California 95110
Telephone: (408) 441-7500
Facsimile: (408) 441-7501

Attorneys for Defendants
Vaidyaji Priyanka, Aum Ayurveda, and Aum Sacred Art, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>           Plaintiff,<br><br>     v.<br><br>VAIDYAJI PRIYANKA, AKA PRIYA RAVI, AKA PRIYA GANESH RAVI, AKA PRIYANKA VAIDYA, an individual; AUM AYURVEDA, d/b/a AUM CUISINE, d/b/a AUMCUISINE, d/b/a AUM VEDIC WELLNESS, a business of unknown type or origin; AUM SACRED ART, LLC, a California limited liability company, and DOES 1-50, inclusive,<br><br>           Defendants. | CASE NO. 5:25-cv-06465-PCP<br><br>**DEFENDANTS VAIDYAJI PRIYANKA AND AUM AYURVEDA'S ADMINISTRATIVE MOTION TO ENLARGE PAGE LIMIT FOR DEFENDANTS' MOTION TO DISMISS PER FRCP 12(b)(6)** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Vaidyaji Priyanka and Aum Ayurveda ("Defendants"), pursuant to Civil Local Rule 7-11 and Judge P. Casey Pitts' Standing Order for Civil Cases, hereby moves for an order enlarging the page limit for their Motion to Dismiss Per Federal Rule of Civil Procedure ("FRCP") 12(b)(6) from 25 to 30 pages.  Counsel for Defendants asked counsel for Plaintiff John Doe ("Plaintiff") to stipulate to the relief requested in the instant motion but have received no response as of the date of filing of this motion. (See Declaration of

Jon Michaelson in Support of Defendants Vaidyaji Priyanka and Aum Ayurveda's Administrative Motion to Increase Page Limit for Defendants' Motion to Dismiss Per FRCP 12(b)(6) ("Michaelson Decl.") ¶ 2.)

## ARGUMENT

Good cause exists to grant the requested relief because Defendants' anticipated motion to dismiss deals with all 11 claims in Plaintiff's 54-page complaint. *Id.* at 3. Given the length of the complaint, number of claims, and complexity of the legal issues involved (including a RICO claim), Defendants have determined that they may need an additional 5 pages for their motion. *Id.*

Although Defendants are still drafting the motion and have not yet determined for certain whether they will need the additional pages, they make this request because of the Court's deadline for requesting to enlarge page limits, which is 72 hours before the motion in question is due. *Id.* at 4. As the motion is due on August 22, 2025, the date of this filing (August 19, 2025) is the last day to make this request. *Id.*

## CONCLUSION

Based on the foregoing, Defendants request that the Court enlarge the page limit of their Motion to Dismiss Per FRCP 12(b)(6) by five pages, or from 25 to 30 pages.

Date: August 19, 2025                    STRUCTURE LAW GROUP, LLP

                                         By: _____
                                         Jon Michaelson, Esq.
                                         Attorneys for Defendants Vaidyaji Priyanka,
                                         Aum Ayurveda, and Aum Sacred Art, LLC