1  ELIZABETH A. SPERLING - State Bar No. 231474
   esperling@glaserweil.com
2  ALINA GATTO - State Bar No. 341169
   agatto@glaserweil.com
3  **GLASER WEIL FINK HOWARD**
     **JORDAN & SHAPIRO LLP**
4  600 W. Broadway, Suite 2850
   San Diego, CA 92101
5  Telephone: (619) 765-4380
   Facsimile: (619) 732-3498
6
7  Attorneys for Plaintiff
   JOHN DOE
8

9              UNITED STATES DISTRICT COURT

10        NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

11 | JOHN DOE, | Case No. 5:25-cv-06465-PCP
12 | Plaintiff, |
13 | v. | **PLAINTIFF'S RESPONSE TO DEFENDANTS VAIDYAJI PRIYANKA AND AUM AYURVEDA'S ADMINISTRATIVE MOTION TO ENLARGE PAGE LIMIT FOR DEFENDANTS' MOTION TO DISMISS PER FRCP 12(b)(6)**
14 | VAIDYAJI PRIYANKA, AKA PRIYA RAVI, AKA PRIYA GANESH RAVI, AKA PRIYANKA VAIDYA, an individual; AUM AYURVEDA, d/b/a AUM CUISINE, d/b/a AUMCUISINE, d/b/a AUM VEDIC WELLNESS, a business of unknown type or origin; AUM SACRED ART, LLC, a California limited liability company, and DOES 1-50, inclusive, |
15 | | [Filed concurrently with Declaration of Alina Gatto]
16 | |
17 | |
18 | |
19 | |
20 | Defendants. |

Plaintiff hereby responds to Defendants Vaidyaji Priyanka and AUM Ayurveda's ("Defendants") Motion to Enlarge the Page Limit for Defendants' Motion to Dismiss Per FRCP 12(b)(6) (the "Motion"). Defendants gave counsel for Plaintiff less than 24 hours to respond to their request to stipulate to enlarging the page limit for their motion to dismiss from twenty-five to thirty pages. Plaintiff's counsel were unable to respond in that time or before Defendants filed the instant motion due to travel for deposition and being in deposition as well as other urgent work constraints. Plaintiff's counsel has nonetheless informed Defendants' counsel that they do not oppose Defendants' request so long as Plaintiff receives the same enlarged page limit for the Opposition to Defendants' upcoming Motion to Dismiss ("Opposition").

Defendants state that their anticipated Motion to Dismiss will address all eleven claims alleged in Plaintiff's Complaint, and given the number of claims and complexity of the legal issues involved, Defendants claim they will need an additional five pages for their Motion to Dismiss. Plaintiff will naturally have to respond to each of the arguments in Defendants' Motion to Dismiss. Therefore, if Defendants are given additional pages for their Motion to Dismiss, in the spirit of fairness, Plaintiff requests the same expansion for the Opposition in order to address all of the arguments.

DATED: August 20, 2025

GLASER WEIL FINK HOWARD
    JORDAN & SHAPIRO LLP

By: */s/ Alina Gatto*
    ALINA GATTO
    Attorneys for Plaintiff JOHN DOE