UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VAIDYAJI PRIYANKA, AKA PRIYA RAVI, AKA PRIYA GANESH RAVI, AKA PRIYANKA VAIDYA, an individual; AUM AYURVEDA, d/b/a AUM CUISINE, d/b/a AUMCUISINE, d/b/a AUM VEDIC WELLNESS, a business of unknown type or origin; AUM SACRED ART, LLC, a California limited liability company, and DOES 1-50, inclusive,<br><br>　　　　Defendants. | CASE NO. 5:25-cv-06465-PCP<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS VAIDYAJI PRIYANKA AND AUM AYURVEDA'S ADMINISTRATIVE MOTION TO ENLARGE PAGE LIMIT FOR DEFENDANTS' MOTION TO DISMISS PER FRCP 12(b)(6)<br><br>As Modified |

**ORDER**

The Court, having considered Defendants Vaidyaji Priyanka's and Aum Ayurveda's ("Defendants") administrative motion for an order enlarging the page limit for their Motion to Dismiss Per Federal Rule of Civil Procedure ("FRCP") 12(b)(6), along with the accompanying memorandum of points and authorities, the pleadings, and papers on record, and finding good cause therefor, GRANTS the Administrative Motion and ORDERS as follows:

///

///

///

1  Defendants are granted an additional FIVE pages for their motion to dismiss,
2  increasing the limit from 25 to 30 pages.
3  Plaintiff is granted an additional FIVE pages for their opposition to the motion to
4  dismiss, increasing the limit from 25 to 30 pages.
5  **IT IS SO ORDERED.**

Date: August 21, 2025

HON. P. CASEY PITTS
UNITED STATES DISTRICT JUDGE