UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>VAIDYAJI PRIYANKA, AKA PRIYA RAVI, AKA PRIYA GANESH RAVI, AKA PRIYANKA VAIDYA, an individual; AUM AYURVEDA, d/b/a AUM CUISINE, d/b/a AUMCUISINE, d/b/a AUM VEDIC WELLNESS, a business of unknown type or origin; AUM SACRED ART, LLC, a California limited liability company, and DOES 1-50, inclusive,<br><br>　　　　　　Defendants. | Case No. 5:25-cv-06465-PCP<br><br>~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION RE: HEARING DATE FOR MOTIONS TO DISMISS AND MOTION TO PROCEED ANONYMOUSLY |

# ORDER

The Court, having considered Plaintiff John Doe's ("Plaintiff") Administrative Motion regarding the hearing dates for Defendants Vaidyaji Priyanka, Aum Ayurveda and AUM Sacred Art, LLC's ("Defendants") Motions to Dismiss Per Federal Rule of Civil Procedure ("FRCP") 12(b)(6) and Plaintiff's Motion to Proceed Anonymously (collectively, the "Motions"), along with the accompanying stipulation and memorandum of points and authorities, the pleadings, and papers on record, and finding good cause therefor, GRANTS the Administrative Motion and ORDERS as follows:

The hearing dates for the Motions are reset to __October 30, 2025__.

The Case Management Conference and the corresponding Rule 26f conference are reset to __December 4, 2025__.

IT IS SO ORDERED.

DATE: September 4, 2025

HON. P. CASEY PITTS
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION RE: HEARING DATE FOR MOTIONS TO DISMISS AND MOTION TO PROCEED ANONYMOUSLY