UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>VAIDYAJI PRIYANKA, AKA PRIYA RAVI, AKA PRIYA GANESH RAVI, AKA PRIYANKA VAIDYA, an individual; AUM AYURVEDA, d/b/a AUM CUISINE, d/b/a AUMCUISINE, d/b/a AUM VEDIC WELLNESS, a business of unknown type or origin; AUM SACRED ART, LLC, a California limited liability company, and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 5:25-cv-06465-PCP<br><br>[PROPOSED] ORDER STAYING ALL DISCOVERY UNTIL COMPLETION OF PLAINTIFF'S DIVORCE TRIAL, **AS MODIFIED** |

## ORDER

The Court, having considered Plaintiff John Doe's ("Plaintiff") and Defendants Vaidyaji Priyanka and AUM Ayurveda's ("Defendants") Joint Motion to Stay Discovery Until Completion of Plaintiff's Divorce Trial (the "Joint Motion"), and finding good cause therefor, hereby GRANTS the Joint Motion as modified and ORDERS as follows:

All discovery in this matter shall be stayed until ~~after the completion of Plaintiff's divorce trial in Texas, which is currently scheduled for April 6 to~~ April 10, 2026. The parties must file a joint status update by April 24, 2026, as to the status of the divorce trial in Texas and their proposal for lifting the stay on discovery in this matter.

IT IS SO ORDERED.

DATE:   December 12, 2026

_____
HON. P. CASEY PITTS
UNITED STATES DISTRICT JUDGE

---

1

[PROPOSED] ORDER STAYING DISCOVERY UNTIL COMPLETION OF PLAINTIFF'S DIVORCE TRIAL