1  ELIZABETH A. SPERLING - State Bar No. 231474
   esperling@glaserweil.com
2  ALINA GATTO - State Bar No. 341169
   agatto@glaserweil.com
3  **GLASER WEIL FINK HOWARD**
     **JORDAN & SHAPIRO LLP**
4  600 W. Broadway, Suite 2850
   San Diego, CA 92101
5  Telephone:  (619) 765-4380
   Facsimile:   (619) 732-3498
6
7  Attorneys for Plaintiff
   VARADARAJAN DWARAKANATH



Dated: February 26, 2026

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| VARADARAJAN DWARAKANATH,<br><br>Plaintiff,<br><br>v.<br><br>VAIDYAJI PRIYANKA, AKA PRIYA RAVI, AKA PRIYA GANESH RAVI, AKA PRIYANKA VAIDYA, an individual; AUM AYURVEDA, d/b/a AUM CUISINE, d/b/a AUMCUISINE, d/b/a AUM VEDIC WELLNESS, a business of unknown type or origin; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 5:25-cv-06465-PCP<br><br>**STIPULATION RE: BRIEFING SCHEDULE FOR MOTIONS TO DISMISS AND STRIKE**<br><br>Judge: Hon. P. Casey Pitts |

1  Pursuant to Judge Pitts' Standing Order for Civil Cases, Plaintiff Varadarajan Dwarkanath ("Plaintiff") and Defendants Vaidya Priyanka and AUM Ayurveda ("Defendants") (collectively, the "Parties") hereby stipulate to the briefing schedule set forth below for Defendants' Motion to Dismiss Per FRCP 12(b)(6) and Motion to Strike per 12(f)(6) (collectively, the "Motions").

WHEREAS, Defendants Vaidya Priyanka and Aum Ayurveda filed a Motion to Dismiss Pursuant to FRCP 12(b)(6) and Motion to Strike Per 12(f)(6) on February 23, 2026 (Dkt. No. 64);

WHEREAS, the stipulated briefing schedule allows at least 14 days between the final filing and the hearing;

The Parties, by and through their respective counsel, hereby stipulate and agree to the following briefing schedule for the Motions:

| Filing | Deadline |
| --- | --- |
| Plaintiff's Opposition: | March 19, 2026 |
| Defendants' Reply Brief: | March 26, 2026 |
| Hearing Date: | April 9, 2026 |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: February 24, 2026

GLASER WEIL FINK HOWARD
   JORDAN & SHAPIRO LLP

By: /s/ Alina Gatto
   ALINA GATTO
   Attorneys for Plaintiff VARADARAJAN DWARAKANATH

DATED: February 24, 2026

STRUCTURE LAW GROUP, LLP

By: /s/ Sonya Tamiry
   SONYA TAMIRY
   Attorneys for Defendants Vaidya Priyanka
   And Aum Ayurveda