Jon Michaelson, Esq. (SBN: 83815)
jmichaelson@structurelaw.com
Ethan Solove, Esq. (SBN: 308026)
esolove@structurelaw.com
Sonya Tamiry, Esq. (SBN: 312673)
stamiry@structurelaw.com
STRUCTURE LAW GROUP, LLP
1754 Technology Drive, Suite 135
San Jose, California 95110
Telephone: (408) 441-7500
Facsimile: (408) 441-7501

Attorneys for Defendants
Vaidya Priyanka and Aum Ayurveda

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VARADARAJAN DWARAKANATH,<br><br>Plaintiff,<br><br>v.<br><br>VAIDYAJI PRIYANKA, AKA PRIYA RAVI, AKA PRIYA GANESH RAVI, AKA PRIYANKA VAIDYA, an individual; AUM AYURVEDA, d/b/a AUM CUISINE, d/b/a AUMCUISINE, d/b/a AUM VEDIC WELLNESS, a business of unknown type or origin; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 5:25-cv-06465-PCP<br><br>**DEFENDANTS VAIDYA PRIYANKA AND AUM AYURVEDA'S ADMINISTRATIVE MOTION TO CONTINUE HEARING DATE AND SET BRIEFING SCHEDULES FOR PLAINTIFF'S MOTIONS TO STRIKE DEFENDANTS' COUNTERCLAIMS** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants Vaidya Priyanka and Aum Ayurveda ("Defendants") hereby move, pursuant to Judge P. Casey Pitts' Standing Order for Civil Cases, for an order continuing the hearing and setting the associated briefing schedules with respect to Plaintiff's Motion to Strike Defendants' Counterclaims Pursuant to Cal. Civ. Proc. Code § 425.16 (Dkt. No. 73) and Motion to Strike Portions of Defendants' Counterclaims Pursuant to FRCP Rule 12(f) (Dkt. No. 72) (collectively, the "Motions to Stike") from the currently noticed date of April 30, 2026 to May 21, 2026, and

- 1 -

continue the opposition and reply deadlines from April 7, 2026, and April 14, 2026 to April 28, 2026 and May 7, 2026, respectively. Counsel for Plaintiff agreed to continue the hearing date but refused to continue the briefing schedules in tandem.  (See Declaration of Counsel Sonya Tamiry in Support of Defendants Vaidya Priyanka And Aum Ayurveda's Administrative Motion to Continue Hearing Dates and Briefing Schedules for Plaintiff's Motions to Strike Defendants' Counterclaims ("Tamiry Decl.") ₱ 4.)  This motion is supported by the accompanying Declaration of Counsel Sonya Tamiry, the pleadings and papers on file, and any argument the Court may permit.

## FACTUAL BACKGROUND

Counsel for Defendants informed counsel for Plaintiff on March 30, 2026 that the current hearing date of April 30, 2026 for the Motions to Strike was not feasible and suggested alternate dates.  *Id.* at 3.  The reason for this was that when Defendants' counsel originally agreed to the April 30 date, she miscalculated the time Defendants would have to draft their oppositions to the Motions to Strike.  *Id.* at 2.  Defense counsel needed more time to draft their oppositions, currently due on April 7, given that they have a motion for another case due on April 7, other filing dates this week and early next in still other cases, and counsel Tamiry is travelling from Los Angeles to San Jose on April 8-9 for a hearing before this Court on April 9 for which counsel will need to prepare.  *Id.*  After the Parties agreed to a continued hearing date of May 21, 2026, counsel for Defendants suggested dates for an updated briefing schedule, and even offered to give Plaintiff extra time to write their replies.  *Id.* at 4.  Defense counsel suggested an April 28 deadline for the oppositions and a deadline of May 7 for the replies, which Plaintiff's counsel flatly rejected without proposing any alternatives. *Id.* Without any remaining recourse, Defendants now bring the instant administrative motion to continue the hearing dates, which the parties have already agreed to do, and to set the associated briefing schedules of the Motions to Strike to follow the May 21 hearing date, not the original April 30 date.

## ARGUMENT

**A.  Good Cause Exists to Grant the Instant Motion**

Good cause exists because Defendants' counsel made an inadvertent error in calculating

- 2 -

the time they had to file their opposition briefs, and given another motion due in another case on April 7 and the fact that Ms. Tamiry is traveling for a hearing before this Court in the instant case on April 8-9, Defendants have very little time in which to draft two substantial opposition briefs.

**B. A Briefing Schedule that Follows the Agreed-Upon May 21 Hearing Date Will Not Prejudice Plaintiff**

Plaintiff has already agreed to continue the hearing date to May 21, 2026.  An adjustment of the briefing schedule to follow the May 21 hearing date will not prejudice Plaintiff, but will provide him with more time to draft his reply briefs. No prejudice will result to Plaintiff if the Court were to set a briefing schedule that follows the May 21 hearing date, just as it has with respect to all prior motions filed by the parties.

**C. Defendants Have Not Requested an Extension or Other Relief Pertaining to the Motions to Strike**

To date, no prior requests for continuance or other relief have been requested in relation to the Motions to Strike.  Plaintiff filed an motion to continue the hearing date for Defendants' prior Motions to Dismiss and Plaintiff's Motion to Proceed Anonymously, which the Court granted on September 4, 2025 (Dkt. No. 29).

**CONCLUSION**

For the foregoing reasons, Defendants respectfully request that the Court grant this administrative motion to: (a) continue Plaintiff's Motion to Strike Defendants' Counterclaims Pursuant to Cal. Civ. Proc. Code § 425.16 (Dkt. No. 73) and Motion to Strike Portions of Defendants' Counterclaims Pursuant to FRCP Rule 12(f) (Dkt. No. 72) from April 30, 2026 to May 21, 2026; and (b) continue the opposition and reply deadlines for the Motions to Strike from April 7, 2026, and April 14, 2026 to April 28, 2026 and May 7, 2026, respectively.

Date:  April 2, 2026                            STRUCTURE LAW GROUP, LLP


                                                By:    /s/ Sonya Tamiry
                                                    Jon Michaelson, Esq.
                                                    Sonya Tamiry, Esq.
                                                    Attorneys for Defendants Vaidya Priyanka
                                                    and Aum Ayurveda

- 3 -

Jon Michaelson, Esq. (SBN: 83815)
jmichaelson@structurelaw.com
Ethan Solove, Esq. (SBN: 308026)
esolove@structurelaw.com
Sonya Tamiry, Esq. (SBN: 312673)
stamiry@structurelaw.com
STRUCTURE LAW GROUP, LLP
1754 Technology Drive, Suite 135
San Jose, California 95110
Telephone: (408) 441-7500
Facsimile: (408) 441-7501

Attorneys for Defendants
Vaidya Priyanka and Aum Ayurveda

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VARADARAJAN DWARAKANATH,<br><br>Plaintiff,<br><br>v.<br><br>VAIDYAJI PRIYANKA, AKA PRIYA RAVI, AKA PRIYA GANESH RAVI, AKA PRIYANKA VAIDYA, an individual; AUM AYURVEDA, d/b/a AUM CUISINE, d/b/a AUMCUISINE, d/b/a AUM VEDIC WELLNESS, a business of unknown type or origin; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 5:25-cv-06465-PCP<br><br>**DECLARATION OF COUNSEL SONYA TAMIRY IN SUPPORT OF DEFENDANTS VAIDYA PRIYANKA AND AUM AYURVEDA'S ADMINISTRATIVE MOTION TO CONTINUE HEARING DATE AND SET BRIEFING SCHEDULES FOR PLAINTIFF'S MOTIONS TO STRIKE DEFENDANTS' COUNTERCLAIMS** |

I, Sonya Tamiry, declare as follows:

1.    I am an attorney at law at Structure Law Group, LLP, attorneys for Defendants Vaidya Priyanka and Aum Ayurveda ("Defendants").   I make this declaration in support of Defendants Vaidya Priyanka and Aum Ayurveda's Administrative Motion to Continue Hearing Date and Set Briefing Schedules for Plaintiff's Motions to Strike Defendants' Counterclaims. The facts stated herein are true of my knowledge.  If called upon, I could and would competently testify thereto.

- 1 -

2.      On March 24, 2026, Alina Gatto, counsel for Plaintiff Varadarajan Dwarakanath ("Plaintiff"), asked me if April 30, 2026 was an acceptable date for the hearing on the Motion to Strike Defendants' Counterclaims Pursuant to Cal. Civ. Proc. Code § 425.16 (Dkt. No. 73) and Motion to Strike Portions of Defendants' Counterclaims Pursuant to FRCP Rule 12(f) (Dkt. No. 72) (collectively, the "Motions to Stike").  I originally agreed to the proposed hearing date but realized after the briefing schedule was set that I had miscalculated the time Defendants would have to draft their oppositions to the Motions to Strike.  Specifically, our office needs more time to draft Defendants' oppositions, currently due on April 7, given that we have a motion for another case due on April 7, other filing dates this week and early next in still other cases, and my anticipated travel from Los Angeles to San Jose on April 8-9 for a hearing before this Court in the instant case on April 9.  A true and correct copy of the email chain is attached hereto as **Exhibit A**.

3.      On March 30, 2026, I informed Ms. Gatto that April 30 was not feasible and suggested May 7, 2026 as an alternative date.  On March 31, 2026, the Parties agreed on May 21, 2026 as the continued hearing date with my office offering to draft the stipulation to submit to this Court.

4.      Also on March 31, 2026, I proposed a new briefing schedule to follow the continued hearing date for the Motions to Strike and offered Ms. Gatto additional time to write Plaintiff's replies.  Ms. Gatto stated that they were not able to shift the briefing schedule as requested due to their having shifted their schedules to accommodate our request to continue the hearing date.  Ms. Gatto did not provide an alternative dates for the updated briefing deadlines or offer further explanation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 2nd day of April, 2026.

_____/s/ Sonya Tamiry_____
Sonya Tamiry

- 2 -

DECLARATION OF COUNSEL SONYA TAMIRY IN SUPPORT OF DEFENDANTS VAIDYA PRIYANKA AND AUM AYURVEDA'S ADMINISTRATIVE MOTION TO CONTINUE HEARING DATE AND SET BRIEFING SCHEDULES FOR PLAINTIFF'S MOTIONS TO STRIKE DEFENDANTS' COUNTERCLAIMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VARADARAJAN DWARAKANATH,<br><br>Plaintiff,<br><br>v.<br><br>VAIDYAJI PRIYANKA, AKA PRIYA RAVI, AKA PRIYA GANESH RAVI, AKA PRIYANKA VAIDYA, an individual; AUM AYURVEDA, d/b/a AUM CUISINE, d/b/a AUMCUISINE, d/b/a AUM VEDIC WELLNESS, a business of unknown type or origin; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 5:25-cv-06465-PCP<br><br>[PROPOSED] **ORDER GRANTING DEFENDANTS VAIDYA PRIYANKA AND AUM AYURVEDA'S ADMINISTRATIVE MOTION TO CONTINUE HEARING DATE AND SET BRIEFING SCHEDULES FOR PLAINTIFF'S MOTIONS TO STRIKE DEFENDANTS' COUNTERCLAIMS, AS MODIFIED** |

## **ORDER**

The Court, having considered Defendants Vaidya Priyanka's and Aum Ayurveda's ("Defendants") administrative motion to continue the hearing and associated briefing schedules with respect to Plaintiff's Motion to Strike Defendants' Counterclaims Pursuant to Cal. Civ. Proc. Code § 425.16 (Dkt. No. 73) and Motion to Strike Portions of Defendants' Counterclaims Pursuant to FRCP Rule 12(f) (Dkt. No. 72) (collectively, the "Motions to Stike"), along with the accompanying memorandum of points and authorities, the pleadings, and papers on record, and

- 1 -

finding good cause therefor, GRANTS the Administrative Motion and ORDERS as follows:

1.   The hearing for both Motions to Strike is continued from April 30, 2026 to May 21, 2026; and

2.   The associated opposition and reply deadlines are continued from April 7, 2026, and April 14, 2026 to April 28, 2026 and ~~May 7~~ May 11, 2026, respectively. Defendants' oppositions to both Motions to Strike are due on April 28, 2026. Plaintiff's reply briefs for both Motions to Strike are due on ~~May 7~~ May 11, 2026.

3.   The future hearings in this case will read as such:

a.   April 9, 2026 - Defendants Vaidya Priyanka and Aum Ayurveda's Motions to Dismiss Per FRCP 12(B)(6) and to Strike Per FRCP 12(f)(2) with Respect to Plaintiff's First Amended Complaint;

b.   May 21, 2026 - Plaintiff's Motion to Strike Portions of Defendants' Counterclaims Pursuant to FRCP Rule 12(f) and Plaintiff's Special Motion to Strike Defendants' Counterclaims Pursuant to Cal. Civ. Code § 425.16;

c.   July 28, 2026 – Telephonic Conference Regarding Further Settlement Conference

**IT IS SO ORDERED.**

Date:  April 6, 2026

_____
HON. P. CASEY PITTS
UNITED STATES DISTRICT JUDGE

- 2 -