UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VARADARAJAN DWARAKANATH,

Plaintiff,

v.

VAIDYAJI PRIYANKA, et al.,

Defendants.

Case No.  5:25-cv-06465-PCP

**CASE MANAGEMENT ORDER**

Re: Dkt. No. 54

Based on the Joint Case Management, the following schedule is set for this case:

**Deadlines**

- Joinder and Other Amendments                     September 14, 2026
- Fact Discovery Cutoff                                       March 26, 2027
- Designation of Opening Experts with Reports     April 5, 2027
- Designation of Rebuttal Experts with Reports     April 19, 2027
- Expert Discovery Cutoff                                    May 3, 2027
- Completion of ADR                                          June 18, 2027
- Filing of Dispositive/*Daubert* Motion(s)            May 24, 2027
- Trial Setting Conference                                   August 17, 2027

*Standing Order.* The parties shall comply with the Court's Standing Order for Civil Cases, available at cand.uscourts.gov/judges/pitts-p-casey-pcp or from the Clerk of the Court.

*Amending Pleadings.* Federal Rule of Civil Procedure 15 requires the Court to "freely give leave" to amend "when justice so requires." The Court expects parties not to unreasonably withhold consent to another party's proposed amendments. If the parties cannot stipulate to an amendment, any motion to amend shall be submitted by the deadline for amending the pleadings.

*Discovery.* The parties shall comply with the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure. Any disputes with respect to discovery or disclosure are referred to the assigned Magistrate Judge. Discovery motions must be filed no more than seven days after the applicable discovery cutoff. *See* Civil L.R. 37-3. Per the parties' stipulation, discovery will be stayed through September 13, 2026.

*Summary Judgment.* If the parties file cross-motions for summary judgment, four briefs will be allowed: (1) a 25-page opening brief by plaintiff(s); (2) a 25-page opening/opposition brief by defendant(s); (3) a 20-page opposition/reply brief by plaintiff(s); and (4) a 15-page reply brief by defendant(s). The parties may agree to reverse the order (defense files first) without a court order. Before the first brief is filed, the parties must stipulate to a briefing schedule with the final brief filed at least 21 days before the hearing. Joint statements of undisputed facts are not required but are helpful if fully agreed upon. Separate statements of undisputed facts may not be filed.

*Modification.* This schedule may be modified only by Court order for good cause. The parties may request modification by stipulation or by filing an administrative motion pursuant to Civil Local Rule 7-11. Requests to modify a deadline must be made before that deadline.

**IT IS SO ORDERED.**

Dated: July 16, 2026

P. Casey Pitts
United States District Judge

United States District Court
Northern District of California

2